UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                               Case No. 1:07-CR-169

       Plaintiff,                                               Hon. Richard Alan Enslen

v.

JEFFRY ALLAN WILSON,

       Defendant.                                              **ORDER**
_____/

       This matter is before the Court on Defendant Jeffry Allan Wilson's Motion for Ends of Justice Continuance pursuant to Rule 45(b)(1) of the Federal Rules of Criminal Procedure and the Speedy Trial Act of 1974. 18 U.S.C. § 3161(h)(8). Currently, a final pretrial conference is scheduled for August 20, 2007 at 12:30 p.m. and jury trial is set to commence on September 11, 2007 at 8:30 a.m.

       In support of the request for an ends-of-justice continuance, Defendant's counsel advises that a 30 day continuance is needed in this matter to adequately prepare for a plea or for trial in light of the fact that Defendant was indicted only one month ago. Defendant's counsel further advises that the Government does not oppose this continuance and Defendant himself has been apprised of his right to a speedy trial and believes this continuance to be in his best interest.

       Upon careful review, the Court finds that the ends-of-justice are best served by granting a continuance because the interests of the public and Defendant in seeing a speedy trial are outweighed by the equities set forth above. 18 U.S.C. § 3161(h)(8)(A). Specifically, the Court finds that otherwise denying Defendant's request would deprive his counsel of an adequate opportunity to

prepare for possible plea negotiations or for the trial itself. 18 U.S.C. § 3161(h)(8)(B)(iv). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion For Ends of Justice Continuance (Dkt. No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial conference currently scheduled for August 20, 2007 is **ADJOURNED** and rescheduled to September 20, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the jury trial currently scheduled for September 11, 2007 is **ADJOURNED** and rescheduled to October 2, 2007 at 8:30 a.m.

DATED in Kalamazoo, MI:  
    August 15, 2007

    /s/ Richard Alan Enslen  
RICHARD ALAN ENSLEN  
SENIOR UNITED STATES DISTRICT JUDGE