UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 1:07-CR-169-01

JEFFRY ALLAN WILSON,            HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed September 14, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant's plea of guilty to Count Two of the Indictment is accepted. Defendant Jeffry Allan Wilson is adjudicated guilty.

DATED in Kalamazoo, MI:        /s/ Richard Alan Enslen
    October 1, 2007            RICHARD ALAN ENSLEN
                                     SENIOR UNITED STATES DISTRICT JUDGE